**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202
www.nywb.uscourts.gov

In re                                                                                  Case No. **04-10993-MJK**
                                                                                       Chapter 11

Two Detroit Street, Inc.
dba: Shores Waterfront Restaurant (The).

Tax ID No.: 16-1570426

Debtor(s)

**FINAL DECREE FOR SUBSTANTIALLY CONSUMMATED CHAPTER 11 CASE**

The estate of the above named debtor has been substantially consummated.

**IT IS ORDERED THAT** the Chapter 11 case of the above-named debtor is closed, provided however, that the case may be reopened without payment of a filing fee to permit the filing of any motion under §1112(b)(8) of Title 11 U.S.C.

Date: June 30, 2006

Michael J. Kaplan
U.S.B.J.

(Rev. 6/00)

